**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 25, 2013 |
| Court Reporter: Janet Coppock | Time: 41 minutes |
| Probation Officer: Darren Streich and Justine Kozak | Interpreter: Tatiana Contreras |

**CASE NO.  12-CR-00253-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kurt Bohn |
| Plaintiff, | |
| vs. | |
| **JOSE PEREZ-HERNANDEZ,** | Brian Leedy |
| Defendant. | |

**SENTENCING**

**9:03 a.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00253-PAB
January 25, 2013

Court addresses defendant's objections to the presentence investigation report.

Argument by Mr. Leedy in support of defendant's Motion for a Variant Sentence and comments addressing sentencing.

Argument by Mr. Bohn and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for a Variant Sentence (Doc #25) is **GRANTED in PART and DENIED in PART.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 14, 2012** to count **One of the Indictment.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **28** months.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:**   Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § for Acceptance of Responsibility (Doc #25) is **GRANTED.**

**ORDERED:**   Government's Motion for Non-Guideline Sentence for Appellate Waiver (Doc #26) is **GRANTED.**

Page Three
12-CR-00253-PAB
January 25, 2013

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:44 a.m.      COURT IN RECESS**

**Total in court time:   41 minutes**

**Hearing concluded**